[No. 36535-9-II.   Division Two.   August 12, 2008.]

DAVID W. WALL, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-00238-2, Richard D. Hicks, J., entered June 15, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 36748-3-II.   Division Two.   August 12, 2008.]

GARY STOWE ET AL., *Appellants*, v. THE DEPARTMENT OF REVENUE, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-01459-3, Christine A. Pomeroy, J., entered August 17, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 37106-5-II.   Division Two.   August 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELA MARIE ANDERS, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-1-00113-7, Craddock D. Verser, J., entered December 7, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[Nos. 26291-0-III; 26679-6-III.   Division Three.   August 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO HINOJOSA SANCHEZ, *Appellant.*

Appeals from a judgment of the Superior Court for Benton County, No. 00-1-00793-4, Carrie L. Runge and Vic L. VanderSchoor, JJ., entered June 14, 2007 and February 29, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.